UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR HERRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE, a corporation; PAMELA LODGE, an individual; and DOES 1 through 5, inclusive,<br><br>Defendant. | Case No. 2:15-cv-09023-JAK (JEMx)<br><br>**JUDGMENT FOR DEFENDANT**<br><br>JS-6 |

**IT IS HEREBY ADJUDGED** that Plaintiff Salvador Herrera shall take nothing by way of his Complaint and judgment is hereby entered in favor of Defendant Nationwide Mutual Insurance Company as to all causes of action and claims asserted against it in this action.

**IT IS HEREBY FURTHER ADJUDGED** that Defendant is entitled to recover costs pursuant to Rule 54 of the Federal Rules of Civil Procedure and Central District Local Rule 54-1, *et seq.*

Dated: June 28, 2017

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE